UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OPTIONS FOR COMMUNITY GROWTH, INC., a Wisconsin corporation, HUMBOLDT HOUSE, LLC, a Wisconsin limited liability corporation, LARRY BUTLER, an individual, and REM WISCONSIN II, INC., a Wisconsin corporation, each on their own behalf and on behalf of a class of similarly situated residential providers,

    Plaintiffs,

vs.

CITY OF MILWAUKEE, a municipal Corporation; WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES; HELENE NELSON, in her capacity as Secretary of the Wisconsin Department of Health and Family Services; JAMES E. DOYLE, JR., in his capacity as Governor of Wisconsin; and PEGGY A. LAUTENSCHLAGER, in her capacity as Attorney General of Wisconsin,

    Defendants.

Case No. 03-C-1275

i.

ORDER FOR DISMISSAL

Upon all of the records, files and proceedings heretofore had in this action, and further upon the above stipulation of the parties;

IT IS HEREBY ORDERED that the plaintiffs' complaint action against the defendant, City of Milwaukee, be dismissed with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin this 28th day of July, 2006.

        BY THE COURT:

        s/ Rudolph T. Randa
        RUDOLPH T. RANDA
        United States District Court Judge