AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**OPTIONS FOR COMMUNITY GROWTH, INC.,**
a Wisconsin Corporation;
**HUMBOLDT HOUSE, LLC,**
a Wisconsin limited liability corporation;
**LARRY BUTLER, and individual;**
**NEW IMAGE HEALTHCARE, LLC,**
a Wisconsin limited liability corporation; and
**REM WISCONSIN II, INC.,** a Wisconsin Corporation;

        Plaintiffs,

    V.        CASE NUMBER: **03-C-1275**

**WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES;**
**HELENE NELSON,** in her capacity as Secretary of the Wisconsin
Department of Health and Family Services;
**JAMES E. DOYLE, JR.,** in his capacity as Governor of Wisconsin; and
**PEGGY A. LAUTENSCHLAGER,** in her capacity as Attorney General of
Wisconsin;

        Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of the defendants to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted is GRANTED.**

**Plaintiffs' challenge of two provisions of Wisconsin law: (1) § 62.23(7)(i)1 & 2r, Wis. Stats., which provides that a group home may not be established within 2,500 feet of another group home and (2) § 62.23(7)(i)9, 9m & 10, Wis. Stats., which provides that municipalities may conduct a hearing in order to determine whether a group home should be closed because it poses a threat to the health, safety, and welfare of the community, and request for a judgment declaring that the above-stated provisions of Wisconsin law discriminate against and have a disparate impact on persons with disabilities in violation of the Fair Housing Act, the Americans with Disabilities Act, and § 504 of the Rehabilitation Act is DISMISSED.**

**This action is hereby DISMISSED.**

| **September 14, 2006** | **SOFRON B. NEDILSKY** |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |